AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>PHILIP S. YOUNG<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case: 1:21−mj−00547<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 7/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employees of the United States in the Performance of their Official Duties,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Jason Novick, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   ____07/28/2021____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*