AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**PHILIP S. YOUNG**<br><br>*Defendant* | Case: 1:21-mj-00547<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 7/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **PHILIP S. YOUNG**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employees of the United States in the Performance of their Official Duties;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:   07/28/2021

2021.07.28
16:49:47 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                            *Printed name and title*

### Return

This warrant was received on *(date)* 7/28/21, and the person was arrested on *(date)* 8/19/21
at *(city and state)* Sewell, New Jersey.

Date:   8/19/21

*Arresting officer's signature*

Jason Novick, Special Agent, FBI
*Printed name and title*